UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 25, 2019
David J. Bradley, Clerk

| | |
|---|---|
| Suzanne Rothman, § § § Plaintiff, § § versus § § Cypress-Fairbanks Independent § School District, § § Defendant. § § | Civil Action H-19-2166 |

# Final Judgment

Because Suzanne Rothman has not stated a claim for which she can recover, her claims against Cypress-Fairbanks Independent School District are dismissed.

Signed on October 25, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge